UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-32627 |
| Taveras Family Investments Corp | § | Chapter 11 |
| Debtor | § | |

**MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Taveras Family Investments Corp, Debtor, and files this Motion to Extend Time to File Schedules and Statement of Financial Affairs, and as grounds thereof would respectfully show:

1. On July 12, 2023 Debtor filed this voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. In order to gather the necessary information, Debtor requires an additional 14 days to file the schedules and statement of financial affairs.

WHEREFORE, premises considered, Taveras Family Investments Corp prays that the time to file schedules and statement of financial affairs be extended to August 9, 2023 and for such other relief which the Court deems just.

Respectively submitted,

LAW OFFICE OF THOMAS F. JONES III

/s/ Thomas F. Jones III
Thomas F. Jones III
TBN 10974400
PO Box 570783
Houston, TX 77257-0783
Tel (832) 398-6182
Fax (832) 200-3524
Email: tfjpacer@gmail.com

ATTORNEY FOR TAVERAS FAMILY INVESTMENTS CORP

CERTIFICATE OF SERVICE

      I certify that on July 26, 2023 a copy of the foregoing was served electronically by the Court's CM/ECF system or by US Mail, first class postage prepaid, on the following:

1. Debtor
   Taveras Family Investments Corp
   2016 N Frazier St
   Conroe, TX 77301

2. Chapter 11 Subchapter V Trustee
   Sylvia Mayer
   PO Box 6542
   Houston, TX 77265

3. US Trustee
   515 Rusk Street, Suite 3516
   Houston, TX 77002

                                                  /s/ Thomas F. Jones III
                                                  Thomas F. Jones III