United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Taveras Family Investments Corp | § | Case no. 23-32627 |
| | § | Chapter 11 |
| Debtor in Possession | § | Subchapter V |

### ORDER GRANTING EMERGENCY MOTION TO USE CASH COLLATERAL ON AN INTERIM BASIS

On this day came on for consideration the Debtor's Emergency Motion to Use Cash Collateral and Request for an Emergency Order to Use Cash Collateral on an Interim Basis ("Motion") and the Court having considered the same, evidence and arguments of counsel, if any, is of the opinion the Motion should be **GRANTED**.

The Court makes the following findings on an interim basis:

1. That debtor has complied with all applicable service requirements.
2. That US Foods, Inc. and E Advance Services are the known secured creditors that assert a lien or interest in cash collateral, and that to the extent allowed for any given liability they have the first priority of any such lien and the amount of indebtedness allegedly secured by the cash collateral is in excess of the Cash Deposits of the Debtor at Commencement of the case.
3. The assets that are generating or will generate cash collateral are the Debtor's inventory or other assets that will be monetized to produce additional receivables or cash but the Debtor does intend to remain in business generating revenues.
4. That Debtor has an immediate need for the use of cash collateral to fund business operations, to purchase goods and services necessary for the maintenance of Debtor's business.

Therefore, it is **ORDERED** that Debtor is authorized to use cash collateral, including but not limited to, revenue collected in its ordinary course of business on an interim basis pending final hearing and Orders on Debtor's Motion to Use Cash Collateral.

It is further **ORDERED** that any and all revenues received on a post-petition basis by the Debtor shall be collected, received and maintained by Debtor in his authorized DIP account to be established forthwith and shall not be used except in accordance with the terms of this Order.

It is further **ORDERED** that Debtor may use cash collateral for the purpose of meeting its post-petition obligations in the ordinary course of business, including payment of post-petition bills and expenses such as rent, utilities, maintenance, ordinary business expenses, taxes to operate, insure and maintain the property of the Estate, any other disbursements authorized by Court Order and all in accordance with, but limited by, the attached Interim Budgets ~~for 14 days.~~

It is further **ORDERED** the holders of allowed secured claims with a security interest in cash collateral, if any, as that term is defined in the Code, shall be entitled to a replacement lien in post-petition accounts receivable, contract rights, and deposit accounts to the same extent allowed and in the same priority as those interests appeared on the commencement date.

It is further **ORDERED** that a hearing be set on August 31, 2023 at 9:00 a.m. to hear Debtor's request to use cash collateral in ongoing operations during administration of his Chapter 11 Case.

SO ORDERED

Signed: July 28, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge