UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 4:23-32627 |
|---|---|---|---|
| | Debtor | In Re: | Taveras Family Investments Corp. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Felicita A. Torres<br>Griffith & Thornburgh, LLP<br>8 E. Figueroa St. Ste. 300<br>Santa Barbara, CA 93101<br>(805) 965-5131   torres@g-tlaw.com<br>California State Bar No. 298630 |
|---|---|

| Name of party applicant seeks to appear for: | Bruun-Andersen Family Estate Trust |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8/1/2023   Signed: /s/ Felicita A. Torres

The state bar reports that the applicant's status is:

Dated:   Clerk's signature:

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                                                                                      United States Bankruptcy Judge